

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00230-CV

| | | |
|---|---|---|
| JOHN STEPHEN VANDERBOL III, Appellant | § | On Appeal from the 235th District Court |
| | § | of Cooke County (CV16-00095) |
| V. | § | May 2, 2024 |
| JENSEN ELAINE PAIGE VANDERBOL, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's divorce decree.

First, we modify the decree to delete the appellate bond requirement.

Second, in accordance with Rule of Appellate Procedure 46.3, we suggest a remittitur reducing Husband's child-support obligation from $1,840 per month to $213.73 per month and a proportionate reduction of the child-support bond from $50,000 to $5,808. If, within fifteen days from the date of this opinion Appellee Jensen Elaine Paige Vanderbol files in this court the suggested remittitur, we will

reform and affirm these aspects of the divorce decree. If the suggested remittitur is not timely filed, we will reverse the child-support award and remand for a new trial regarding Appellant John Stephen Vanderbol III's child-support obligation and the amount of the bond securing that obligation.

Finally, we affirm the trial court's divorce decree in all other respects.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell